Wood, Respondent, vs. Hoskin, imp., Appellant.

*March 10 — March 31, 1885.*

*Wood v. U. G. C. B. Ass'n, ante,* p. 9, followed.

APPEAL from the Circuit Court for *Milwaukee* County.

*J. E. Wildish*, attorney, and *George H. Noyes*, of counsel, for the appellant.

*W. J. Turner* and *Lindley Collins*, for the respondent.

LYON, J.   This case is in all respects like *Wood v. Union Gospel Church Building Ass'n, ante,* p. 9; this appellant having interposed the same demurrer to the complaint which was interposed by the corporation (his co-defendant) in the other case.   For reasons there stated, the order of the circuit court overruling the demurrer to the complaint is affirmed.

*By the Court.*— Order affirmed.